Dedrick HAMPTON, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 86813.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 10, 2006.

Timothy Forneris, Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jayne T. Woods, Asst. Atty. Gen. Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

### ORDER

PER CURIAM.

The movant, Dedrick Hampton, appeals the motion court's denial, without an evi-

dentiary hearing, of his Rule 24.035 motion for post-conviction relief. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's order denying the movant's Rule 24.035 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).